AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>RICHARD TIMOTHY HERNANDEZ<br><br>*Defendant(s)* | )<br>)<br>) Case No.   3:21-mj-115<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  (As provided in Attachment 1)  in the county of  Multnomah  in the
_____ District of  Oregon , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S. Code § 1361 | Destruction of Government Property, as more fuly set forth in Attachment 1 |

This criminal complaint is based on these facts:

See attached affidavit of Special Agent Micah D. Coring, US Department of Homeland Security, Federal Protective Service

☑ Continued on the attached sheet.

*Complainant's signature*

MICAH D. CORING, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at  6:19   a̶.̶m̶./p.m.

Date:   05/28/2021                              /s/ Youlee Yim You
                                                *Judge's signature*

City and state:        Portland, Oregon         Hon. Youlee Yim You,  U.S. Magistrate Judge
                                                *Printed name and title*