Benjamin T. Andersen
101 SW Madison #9068
Portland, Oregon  97207
t. 503.860.2531
bta@btandersen.com

Attorney for Defendant

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    Plaintiff,<br>v.<br><br>Richard Timothy HERNANDEZ,<br>                    Defendant. | Case No. 3:21-MJ-115<br><br>MOTION TO RESET ARRAIGNMENT DATE |

Defendant Richard Hernandez, by and through counsel, moves this court for an order resetting the upcoming arraignment date, presently set for September 2, 2021, to a new arraignment date on **November 4, 2021**.

Mr. Hernandez is out of custody and consents to this motion after discussion of his rights with undersigned counsel.  The requested delay will allow for a reasonable time for effective preparation and investigation, as contemplated by 18 USC 6 3161(h)(7)(B)(iv).

AUSA Greg Nyhus does not oppose this motion.

Respectfully submitted this 26th day of August 2021.

_____
Benjamin T. Andersen, OSB 06256
Attorney for Defendant