Benjamin T. Andersen
101 SW Madison #9068
Portland, Oregon 97207
t. 503.860.2531
bta@btandersen.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | Case No. 3:21-MJ-115 |
|---|---|
| Plaintiff, | |
| v. | MOTION TO RESET ARRAIGNMENT DATE |
| Richard Timothy HERNANDEZ, | |
| Defendant. | |

Defendant Richard Hernandez, by and through counsel, moves this court for an order resetting the upcoming arraignment date, presently set for March 10, 2022, to a new arraignment date on **April 6, 2022**.

Mr. Hernandez is out of custody and consents to this motion after discussion of his rights with undersigned counsel. The requested delay will allow for a reasonable time for effective preparation and investigation, as contemplated by 18 USC 6 3161(h)(7)(B)(iv). AUSA Greg Nyhus does not oppose this motion.

Respectfully submitted this 8th day of March 2022.

_____
Benjamin T. Andersen, OSB 06256
Attorney for Defendant