Benjamin T. Andersen
101 SW Madison #9068
Portland, Oregon  97207
t. 503.860.2531
bta@btandersen.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA,   Plaintiff, v. Richard Timothy HERNANDEZ,   Defendant. | Case No. 3:21-MJ-115  MOTION TO RESET ARRAIGNMENT DATE |
|---|---|

Defendant Richard Hernandez, by and through counsel, moves this court for an order resetting the upcoming arraignment date, presently set for April 6, 2022, to a new arraignment date on **May 5, 2022**.

Mr. Hernandez is out of custody and consents to this motion after discussion of his rights with undersigned counsel.  The requested delay will allow for a reasonable time for effective preparation and investigation, as contemplated by 18 USC 6 3161(h)(7)(B)(iv).  AUSA Greg Nyhus does not oppose this motion.

Respectfully submitted this 30th day of March 2022.

_____
Benjamin T. Andersen, OSB 06256
Attorney for Defendant

PAGE 1 – MOTION TO RESET ARRAIGNMENT DATE
   United States v. HERNANDEZ, USDC Oregon Case No. 3:21-MJ-115